## Cincinnati, New Orleans and Texas Pacific Railroad Company v. Bell.

(Decided April 28, 1925.)

Appeal from Pulaski Circuit Court.

WILLIAM WADDLE, MAURICE L. GALVIN and EDWARD COLSTON for appellants.

JOHN W. COLYER and W. M. CATRON for appellee.

OPINION OF THE COURT BY JUDGE McCANDLESS—Affirming.

This is a companion case to that of G. E. Bell versus appellants herein, this day decided, and printed in 208 Ky. 597.

While tried before a different jury, the evidence and instructions are practically the same as in the case mentioned. The plaintiff recovered the sum of $500.00 and both defendants appeal, raising the same questions considered in the above mentioned case.

On the authority of that case, the judgment in this case is affirmed.